# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JEFFREY HACKMAN, | Case No.: 8:22-cv-01607-ADS |
| Plaintiff, | ORDER ON MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant | |

The Court hereby awards to Law Offices of Lawrence D. Rohlfing, Inc., CPC attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $29,900.00. The Court orders Law Offices of Lawrence D. Rohlfing, Inc., CPC to reimburse Thomas Jeffrey Hackman the amount of $2,850.00 for EAJA fees received.

DATE: December 12, 2025

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |    /s/ *Matthew F. Holmberg*

4 | BY: _____
    Matthew F. Holmberg
    Attorney for plaintiff Thomas Jeffrey Hackman